IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00003-01-CR-W-RK |
| ) | |
| WAYNE A. TRIPP, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On July 23, 2021, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 23) Defendant was examined by Jaime Jauregui, Ph.D., who prepared a report dated November 3, 2021. (Doc. 35)

A competency hearing was held on December 1, 2021. The Government was represented by Assistant United States Attorney Maureen Brackett. Defendant appeared with appointed counsel Lesley Smith. The parties stipulated that Dr. Jauregui would testify consistent with the report. Defense counsel did not contest Dr. Jauregui's opinion but, *inter alia*, made a proffer that Defendant had previously been diagnosed with schizoaffective disorder and bipolar disorder and that Defendant was not receiving some of the prescribed medications since returning from his evaluation. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE