IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-00003-CR-RK |
| WAYNE A TRIPP, | ) |
| Defendant. | ) |

Before the Court is the Report and Recommendation (doc. #39) prepared by Magistrate Judge Jill Morris on December 1, 2021. Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. Accordingly, the Court adopts Morris' recommendation and concludes that Defendant is mentally competent to stand trial. The Report and Recommendation (doc. #39) is incorporated by reference and made a part of this Order.

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 19, 2022