IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

               Plaintiff,

-vs-                                             Criminal Action No.
                                                21-00003-01-CR-W-RK

WAYNE A. TRIPP,

               Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
    Government: Maureen Brackett
    Case Agent: Kansas City, Police Department Detective Jason Decker
    Defense:    Lesley Smith

**OUTSTANDING MOTIONS**:    *Pro Se* Motions for Replacement Counsel (Docs. 25, 29, 47)

**ANTICIPATED MOTIONS**:    Defendant plans to file a motion to reconsider detention and a motion to continue to allow time to raise a suppression issue.

**TRIAL WITNESSES**:
    Government:    6-7 with stipulations; 17 without stipulations
    Defense:    3 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:    20 exhibits
    Defense:    5-10 additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial        (  ) Possibly for trial
    ( x ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**:   **2 ½ - 3 ½ days**
    Government's case including jury selection:   2- 2 ½ days
    Defense case:   ½ - 1 day

**STIPULATIONS**:
    ( )   not likely
    ( )   not appropriate
    ( x ) likely as to:
        ( )   chain of custody
        ( )   chemist's reports
        ( x ) prior felony conviction
        ( )   interstate nexus of firearm
        ( )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None.

**FILING DEADLINES:**

   **Witness and Exhibit Lists**:
   Government: January 31, 2022
   Defense: January 31, 2022
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions**:   January 31, 2022
   **Jury instructions must comply with Local Rule 51.1**

   **Motions in Limine**: January 31, 2022


**TRIAL SETTING**: Criminal jury trial docket commencing February 14, 2022
    **Please note**:   *The parties request the first week of the docket. Defense counsel has another case, 20-00266-CR-W-DGK, set on the February docket with a request for the second week. Government counsel has another case, 18-00205-03-CR-W-RK, set on February docket also with a request for the second week.*

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( x ) Defendant may require breaks during trial due to a medical condition.

   **IT IS SO ORDERED.**

                                         */s/ Jill A. Morris*
                                         JILL A. MORRIS
                                         United States Magistrate Judge