IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-00003-CR-RK |
| | ) |
| WAYNE A. TRIPP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 9, 2022, Magistrate Judge Jill A. Morris issued her Report and Recommendation (Doc. 102) concluding that the Court should deny Defendant's motion to suppress (Doc. 82). Defendant filed an objection to the Report. (Doc. 106.)

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Morris in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Morris (Doc. 102) is **ADOPTED**. It is further

**ORDERED** that Defendant's objection (Doc. 106) is **OVERRULED**. It is further

**ORDERED** that Defendant Wayne A. Tripp's motion to suppress (Doc. 82) is **DENIED**.

**IT IS SO ORDERED.**

                                             s/ Roseann A. Ketchmark
                                             ROSEANN A. KETCHMARK, JUDGE
                                             UNITED STATES DISTRICT COURT

DATED: October 13, 2022