IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

WAYNE A. TRIPP,

    Defendant.

Criminal Action No.
21-00003-01-CR-W-RK

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:
- Count One - Felon in Possession of Firearm, *in violation of* 18 U.S.C. §§922(g)(1) and 924(a)(2)
- Count Two - Possession with Intent to Distribute Cocaine Base, *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C)
- Count Three - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

**TRIAL COUNSEL**:
Government: David Barnes & Trey Alford; paralegal Geoffrey Gorup may assist
Case Agent: Task Force Officer Jason Decker
Defense: Laine Cardarella & Lesley Smith; Investigator Kendra Jackson will assist

**OUTSTANDING MOTIONS**: Government's Motion to Bifurcate Trial (Doc. 116)

**ANTICIPATED MOTIONS**: The Government may file Rule 609 and/or 404(b) motions.

**TRIAL WITNESSES**:
Government: 8-10 with stipulations; 12-16 without stipulations
Defense: 1 expert witness and 1 lay witness; Defendant may testify

**TRIAL EXHIBITS**:
Government: 30 exhibits
Defense: 5-15 exhibits

**DEFENSES**:
( x ) defense of general denial
(   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial          ( ) Possibly for trial
    ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1 ½ days
    Defense case: ½ day

**STIPULATIONS**:
    ( x ) likely as to:
        ( ) chain of custody
        ( ) chemist's reports
        ( ) prior felony conviction
        ( ) interstate nexus of firearm
        ( x ) knowledge

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: November 21, 2022
Defense: November 21, 2022
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 21, 2022
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 21, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing December 5, 2022
**Please note**: *One of the Government's expert witnesses is unavailable 12/5/22 and 12/6/22, but available to testify beginning 12/7/22. The Defendant's expert is only available during the first week of the docket. Defense counsel has another case on the December docket, <u>United States v. Cornejo</u>, 21-00042-CR-W-DGK, for which she will be requesting a setting during the second week.*

**OTHER**:
    ( ) A _____-speaking interpreter is required.
    ( ) Other assistive devices: _____

**IT IS SO ORDERED.**

                                     <u>/s/ Jill A. Morris</u>
                                     JILL A. MORRIS
                                     United States Magistrate Judge